Robert B. Wilson
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

JAMES PRESTON GILES JR
CINDY LOU GILES

CASE NO: 11-70080-HDH-13
HEARING DATE:  11/19/2014
HEARING TIME:  10:00am

**TRUSTEE'S MOTION TO DISMISS**

NOW COMES Robert B. Wilson, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2014-03 and would respectively show unto to the Court as follows:

Debtor has failed to provide the following tax information to the Trustee:

2013 Tax Return per Order Compelling filed September 19, 2014.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Robert B. Wilson
_____
Robert B. Wilson
Chapter 13 Trustee

IMPORTANT NOTICE

A HEARING WILL BE HELD 11/19/2014 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT:
US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301
AT 8:30am.  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

JAMES PRESTON GILES JR & CINDY LOU GILES 954 CROPPER RD  BURKBURNETT TX 76354

GREGORY A ROSS LAW OFFICES OF GREGORY A ROSS PC 4245 KEMP BLVD SUITE 308 WICHITA FALLS TX 76308

ENHANCED RECOVERY CORPORATION 8014 BAYBERRY RD  JACKSONVILLE FL 32256

ASCENSION CAPITAL GROUP PO BOX 201347  ARLINGTON TX 76006

WELLS FARGO BANK WELLS FARGO HOME MORTGAGE/NORWEST MORTG PO BOX 829009 DALLAS TX 75382

Date:    10/6/2014                                          /s/ Robert B. Wilson
                                                            _____
                                                            Robert B. Wilson
                                                            Chapter 13 Trustee